UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **GAVIN HOWARD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:21-cv-1153-AMM-GMB |
| **PICKENS COUNTY, ALABAMA,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on March 8, 2023, recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. Doc. 39. Although the Magistrate Judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections. *Id.* at 10.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A final judgment will be entered.

2

**DONE** and **ORDERED** this 27th day of March, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE